JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRILLIANT INFO CORPORATION, <u>et</u> <u>al.</u>, | Case No. CV 15-3090 FMO (PLAx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| MOSO POWER TECH (HK) INT'L LTD, <u>et</u> <u>al.</u>, | |
| Defendants. | |

Pursuant to the Court's Order Re: Dismissal, filed contemporaneously with the filing of this Judgment, IT IS HEREBY ADJUDGED that the above-captioned case is **dismissed** pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated this 26th day of January, 2018.

/s/

Fernando M. Olguin

United States District Judge